IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZION M., through his Parent,
GABRIELLE M.

        Plaintiff,

v.

UPPER DARBY SCHOOL DISTRICT,

        Defendant.

CIVIL ACTION
NO. 21-2941

## ORDER

**AND NOW**, this 27th day of September 2023, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20), Defendant's Response in Opposition to Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 21), and Plaintiff's Reply (Doc. No. 24), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20) is **DENIED.** The Decision of Pennsylvania Hearing Officer Cheryl Cutrona is **AFFIRMED.**

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.